IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA R. HEBERT,** *Individually*; and as the Personal Representative and Mother of Christopher Allen Hebert, Deceased; and on Behalf of His Rightful Beneficiaries at Law | § § § § § § | **PLAINTIFF** |
| v. | § § | Civil No. 1:13cv107-HSO-RHW |
| **OMEGA PROTEIN, INC.,** *et al.* | § | **DEFENDANTS** |

**FINAL JUDGMENT**

This matter came on to be heard upon the Motion for Summary Judgment [81] filed by Defendant Omega Protein, Inc. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendant Omega Protein, Inc., are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of September, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE