```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         SOUTHERN DIVISION
```

CYNTHIA R. HEBERT, INDIVIDUALLY; AND
AS THE PERSONAL REPRESENTATIVE AND
MOTHER OF CHRISTOPHER ALLEN HEBERT,
DECEASED; AND ON BEHALF OF HIS
RIGHTFUL BENEFICIARIES AT LAW                            PLAINTIFFS

VS.                                       CAUSE NO.: 1:13CV107-HSO-RHW

OMEGA PROTEIN, INC.                                       DEFENDANT

AND

ACE AMERICAN INSURANCE COMPANY            CARRIER/INTERESTED PARTY
_____

      AGREED ORDER APPROVING FULL AND FINAL SETTLEMENT PURSUANT TO
      SECTION 71-3-71 OF THE MISSISSIPPI WORKERS' COMPENSATION ACT
_____

THIS CAUSE is before the Court on the motion of the Plaintiff, Cynthia R. Hebert, individually, and as the personal representative and mother of Christopher Allen Hebert, deceased, and on behalf of his wrongful death beneficiaries, for approval of a proposed full and final settlement pursuant to Miss. Code Ann. § 71-3-71, in which the Defendant, Omega Protein, Inc., (as both the Defendant in this action and as the decedent's Employer) and its workers' compensation carrier, ACE American Insurance Company, have joined. Having reviewed the motion and being fully advised in the premises, and further finding that all parties are in agreement as to the relief sought therein, this Court finds that the certain offer of compromise and settlement made to Plaintiff by or on behalf of Omega Protein, Inc. is well-taken and should be approved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Motion is granted and the proposed settlement agreement should be, and

the same hereby is approved, in complete compromise and settlement of any and all claims, including any claim for workers' compensation benefits, that the Plaintiff, or any of Christopher A. Hebert's heirs, assigns, dependents or beneficiaries, may have against Omega Protein, Inc., their representatives, subsidiaries, successors, heirs, assigns, officers, directors, agents, servants, employees, and insurers on account of or in any way arising out of Christopher A. Hebert's death on April 9, 2012.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff is hereby authorized, empowered and directed to execute any receipt, release, or other instrument required by the parties to evidence the full and final release, acquittal, and discharge herein.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff is hereby authorized and empowered to pay her attorneys Corban Gunn & Van Cleave Law Firm a reasonable attorney fee, including expenses, in accordance with the agreement and contract of employment entered into between them, such sum to be paid out of the proceeds of the settlement approved herein.

IT IS SO ORDERED, this the 16th day of March, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE